AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

HOWARD WILLIAM RAKESTRAW,

    Plaintiff,
V.

NATIONAL CITY MORTGAGE, etal,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:11-cv-00593-RCJ-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendant Green Tree Servicing, LLC's Motion for Summary Judgment [16] is GRANTED and that the pendens on the Property is EXPUNGED.

| | |
|---|---|
| May 14, 2012 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |